# Biven v. Six Unknown...

Plaintiff,
  Jasper Perdue
v.

Defendant,
  Fisher, Davis, Bowls etc...

7:21CV239 (J) 

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 23 2021
JULIA C. DUDLEY, CLERK
BY: /s/ A Beeson
DEPUTY CLERK

## Complaint

On May 2, 2019 at U.S.P. Lee County, I was assaulted many times, from May 2-5th 2019. For a false staff assault which I was put back on the yard afterwards. I was beat in facilities then when I got to the Special Housing Unit (SHU) and stripped off my clothes naked and assaulted again. They did things like, taking there door keys and scratching my back with them punching and kicking me all over my body. Then I was put into a restraint chair and LT's questioned me "Why did I assault staff?" I was afraid of getting beat again and just agreed to everything they were saying. Then I was placed into "Four point restraints" so tight the cuffs cut into my skin and I bleed, I had my arms twisted and placed double cuff, Bowls, said this is called the "Roll treatment" and I was beat so bad that I got so many injuries I'm not the same person physically and mentally. After over 24hrs in "4 points" I went to "3 points" or "Belly chains" for another "day & a half" being beat, water boarded, walked on, punched and kick, beat

with sheilds, Keys. I "died" on that bed literally my heart stop for (5) Five seconds, I had given up! The worst part I'm still reliving these events day to day, I was took to the hospital for a MRI and it said I had a "torn bicep" but I believe reports where written wrong and said my "right shoulder". Now at AUSP Thomson I've finally feel better to file this report safely, also I've had a psychological Eval and Dr. Bates diagnosed me with "PTSD" from the events. The proof can be found "B.O.P. medical records". My Eighth Amendment Rights have been violated to the fullest. I'm asking for, Five Million dollar and zero cents, $5,000,000.0, in compensatory damages, and Five Million dollars and zero cents, $5,000,000.0, in punitive damages. For a total of Ten Million dollars and zero cents, $10,000,000.0.

Dated: April 15, 2021

/S/ Jasper Perdue
Jasper Perdue
#14755-040

# Addendum

I'm writing to the clerk to let you know why "administrative remedies" are not available here nor were they at U.S.P. Lee, staff are threating and throwing away BP8's etc. I was in fear for my life because of a incident at U.S.P. Lee where I was accused of staff assault and beating in chains for (3) Three days and I was hospitalized for a "torn bicep" I was afraid to file then and I had my family call the prison and U.S.P. Lee Lt's etc. brought me to the Lt's office and told me they were going to hurt my family if I didnt tell them "back off". This place isn't any different in there methods. Also I would like the Clerk to know mail here comes 30 days later after its reached the institution," so some documents like the "Finacial Statements" will be pass the two week mark due because of this, and because of these reasons I'm asking my complaint will be filed in a timely fashion in this Honorable Court.

/S/ Jasper Perdue
Jasper Perdue
#14755-040

INMATE NAME: Jasper Perdue
INMATE REG #: 14755-040
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL 612
20 APR 2021 P 2 L



**INMATE IDENTIFICATION CONFIRMED**

U.S. District Court
210 Franklin Road, SW Suite 540
Roanoke Va. 24011

Legal mail

24011$0003