Jones
District Judge
Assign. by Clerk's Ofc.

Sargent
Mag. Referral Judge
Assign. by Clerk's Ofc.

**\*\*AMENDED COMPLAINT\*\***
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Jasper Perdue
_____
Plaintiff full name

14755-040
_____
Inmate No.

v.

CMC Fisher, LT. Davis, LT. Bowls
_____
Defendant(s) full name(s)

CIVIL ACTION NO. 7:21-cv-00239
(Assigned by Clerk's Office)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*The mailing address you provide at A: "**where are you now?**" is where the court will send mail to you*

A. **Where are you now?** Facility and Mailing Address AUSP Thomson P.O. BOX# 1001 Thomson IL. 61285

B. Where did this action take place? USP LEE Jonesville, Va. 24263

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes     ____ No

If your answer to A is Yes, answer the following:

1. Court: United States District Court of Virginia, Western District
2. Case Number: 7:21-cv-00239

D. Have you filed any grievances regarding the facts of this complaint?

____ Yes     ✓ No

1. If your answer is Yes, indicate the result:
_____

2. If your answer is No, indicate why:
Denied Administrative Remedies

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

1st event (see Attch) CmC Fisher, on May 2nd 2019 while in facilities, punch me with closed fist in my face and continued to kick, knee, me in my face and head...

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

2nd event (see Attch) On May 2nd 2019, LT Bowls was the LT. who told other CO's to put me in the so called "Roll Treatment" position, instructing CO's to turn...

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Monetary damages.

G. If this case goes to trial do you request a trial by jury?  Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 11/17/2021    SIGNATURE: Jasper Perdue

VERIFICATION:
I, Jasper Perdue, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 11/17/2021    SIGNATURE: Jasper Perdue

Claim #1, While I was restrained in leg and wrists restraints, CMC Fisher continued to knee me in my face and head. CO J. Roberts was first on the response team and while (he) J. Roberts was waiting to escort me, CMC Fisher continued to knee me in the head and face, so much so, J. Roberts "pushed" CMC Fisher off me and said "That's enough!". See BOP Medical files for, left eye inbrasions, cuts on both wrists both ankles,

Claim #2, my hands (palms) faced away from my body and double cuffed both wrists in "four points" cuffs looped through the hooks on the bed to limit blood circulation and so that my wrists are force to go back in a normal position while cutting into my flesh. See BOP medical files for, torn rotator cup. This is when I was first put in restraints.

Claim #3, On May 2nd 2019 on every restraint check LT Davis did on me, after medical left, he would punch, kick, walk on me with shuild, hit my right arm with shuild. On one occassition when (he) LT Davis did a restraint check, had a bag lunch and force feed me bread and peanutbutter and meat and every time LT Davis gave me water he would pour water down my nose and then my mouth causing me to gage and choke. See BOP Medical files for all injuries, strained bicep etc..

INMATE NAME Jasper Perdue
REGISTER NUMBER 14755-046
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL P&DF
IL 612 2 L
18 NOV 2021 PM

INMATE
IDENTIFICATION
CONFIRMED



United States District Court
Office of The Clerk
210 Franklin Rd., Rm 540
Roanoke, Va. 24011

Legal Mail

2401180003