In The United States District Court
for The Western District of Virginia
Roanoke Division

Jasper Perdue,           Civil Action No.
   Plaintiff,                    7:21cv00239

V.

CMC Fisher, et al,
   Defendant.

Notice

I will still like to ~~po~~ pursue this case in this court.

Dated: 4-19-22

/S/ Jasper Perdue
    Jasper Perdue
# 14755-040

INMATE NAME Jasper Perdue
INMATE REG # 14755-040
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

QUAD CITIES IL P&DF
IL 612 2 T
22 APR 2022 PM



INMATE IDENTIFICATION CONFIRMED

*Legal Mail*

United States District Court
office of The Clerk
210 Franklin RD., Rm 540
Roanoke, Va. 24011

2401130003